UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Sallijo Freeman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 11 1259 |
| ) | |
| Wal-Mart Stores, Inc., ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's application for a temporary restraining order ("TRO") or a preliminary injunction ("PI"), which is accompanied by her complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application, deny the TRO/PI motion, and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, sues Wal-Mart Stores. She lists her allegations as "Violation of the American with Disabilities Act" and "Breach of Agreement," Compl. at 1, but she has stated no supporting facts and, thus, has failed to provide any notice of a claim. Plaintiff seeks permission to file an amended complaint, but she does not explain why she submitted a wholly deficient complaint in the first place. Furthermore, plaintiff states no basis for issuing a temporary restraining order or a preliminary injunction "to enjoin the defendant from the destruction of documents pertaining to" what appears to be her employment application. TRO Mot. at 1. Hence, the Court will dismiss the instant action without prejudice to plaintiff refiling a complaint that complies with Rule 8. A separate Order of dismissal accompanies this Memorandum Opinion.

/s/
United States District Judge

Date: July 11, 2011